PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry Key                                      Cr.: 04-00253-001

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: 12/14/04

Original Offense: Distribution of Crack Cocaine Base

Original Sentence: 32 months Imprisonment

Type of Supervision: TSR (3 years)                    Date Supervision Commenced: 05/18/07



### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

### CAUSE

> On March 18, 2008, during a routine office visit, the offender submitted a random drug urinalysis which revealed positive results for an illegal controlled substance, namely Marijuana. On this date, the offender admitted smoking marijuana at a party on March 14, 2008. He also signed an Admission of Drug Use on March 18, 2008. At the time of sentencing, mandatory drug testing was waived; therefore, the offender was not ordered to participate in drug testing and/or treatment. Based on the above-noted positive drug result, the undersigned officer recommends that the offender be ordered to submit to drug testing and treatment as ordered by the U.S. Probation Office.

Respectfully submitted,

By: Elizabeth Villa
U.S. Probation Officer
Date: 3/19/08

PROB 12B - Page 2
Larry Key

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

April 30, 2008
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: _[signature]_
U.S. Probation Officer
Elizabeth Villa

Signed: _[signature]_
Probationer or Supervised Releasee
Larry Key

3-20-08
DATE