PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Larry Key        **Docket Number:** 04-00253-001
       **PACTS Number:** 38652

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 12/14/2004

**Original Offense:** Distribution of Cocaine Base in violation of Title 21 U.S.C. §§ 841(a) and 841(b)(1)(C), a Class C felony

**Original Sentence:** 32 months imprisonment; 36 months supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 05/18/07

**Assistant U.S. Attorney:** Chris Gramiccioni, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'<br><br>The offender has failed to maintain gainful employment since October 25, 2007, despite numerous efforts by the U.S. Probation Office. |
| 2 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'<br><br>From June 30, 2008 to present, the offender reported to the undersigned officer that he was enrolled as a full-time student at Drake College of Business located in Elizabeth, New Jersey. Despite numerous inquiries by the probation officer, Key continued to report that he was enrolled and actively attending, when in fact, he had not attended classes since October 2008. |

PROB 12C - Page 2
Larry Key

3   The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    On November 26, 2008, the offender was arrested by Elizabeth, New Jersey Police and charged with driving with a suspended driver's license. He was also issued a summons for operating a motor vehicle with a broken tail light. A record check conducted by Elizabeth Police further revealed an old traffic warrant for unpaid fines issued in Elizabeth Municipal Court.

4   The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $361.88.**'

    As of December 4, 2008, Key owes an outstanding fine balance of $361.88 to the United States District Court. His last payment of $25 was submitted in May 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 1/12/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 2/11/09 @ 11:00A.M.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/13/09
Date