UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. FAITH S. HOCHBERG |
| v. | CRIMINAL NO. 04-253 (FSH) |
| | ORDER |
| LARRY KEY, Defendant | |

THIS MATTER having come before the Court upon allegations that the defendant LARRY KEY violated certain conditions of his supervised release imposed on or about December 14, 2004, by this Court; and the defendant having appeared before this Court on February 11, 2009, and entered a plea of guilty to Violations Number Two and Four, Grade C violations, of the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office on January 14, 2009 (hereinafter the "Petition"); and the defendant having provided a factual basis for the entry of his guilty pleas to the violations; and the Court having heard arguments by the government (by Christopher J. Gramiccioni, Assistant U.S. Attorney, appearing), and by the defendant (by K. Anthony Thomas, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this 27th day of February, 2009;

ORDERED that defendant LARRY KEY is hereby adjudged guilty of Violations Number Two and Four of the Petition; and it is further

ORDERED that Sentence is scheduled for July 28, 2009, at 11:00; and it is further

ORDERED that defendant LARRY KEY's Standard Conditions of Supervised Release

are modified to impose a six (6) month term of house arrest with electronic monitoring; and it is further

ORDERED that defendant LARRY KEY is excused from his home to attend educational classes; and it is further

ORDERED that defendant LARRY KEY is permitted to leave his residence, at the discretion of the United States Probation Office, to search for employment; and it is further

ORDERED that when defendant LARRY KEY obtains employment, such employment must be verifiable and at stationary location, and subject to the approval of the United States Probation Office; and it is further

ORDERED that the cost of electronic monitoring shall be assumed by the United States Probation Office, but that LARRY KEY shall reimburse the United States Probation Office upon obtaining employment; and it is further

ORDERED that defendant LARRY KEY, upon obtaining employment, shall commence repayment of the fine adjudged against him at a rate of designated by the United States Probation Office; and it is further

ORDERED that all other terms of Supervised Release shall remain in force.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE