PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Larry Key   **Docket Number:** 04-00253-001
                                  **PACTS Number:** 38652

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 12/14/2004

**Original Offense:** Distribution of Cocaine Base in violation of Title 21 U.S.C. §§ 841(a) and 841(b)(1)(C), a Class C felony

**Original Sentence:** 32 months imprisonment; 36 months supervised release.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 05/18/07

**Assistant U.S. Attorney:** Chris Gramiccioni, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 29, 2010, Key was arrested by Elizabeth Police and charged with drug loitering in violation of NJ Statute 2C:33-2.1C. According to the investigation report, dated April 29, 2010, Elizabeth Police Officers observed Key engage in a brief conversation with a black female, Melony Daniels, a known user of dangerous drugs, namely heroin, outside of Oakwood Plaza Complex, located at 400 Irvington Avenue. Police further observed Key hand Daniels a small item in exchange for U.S. currency. The officers, believing they had witnessed an illegal narcotics transaction, approached both individuals and identified themselves as police officers and placed Key under arrest. A pat-down search of Key revealed $185 in U.S. currency in his right front pants pocket, in separate folds, consistent with an individual selling controlled dangerous substances. Key was transported to Elizabeth Police Headquarters for processing and released on a $100 cash bail. Key appeared in Elizabeth Municipal Court on April 30, 2010, at which time, he was advised he would receive notification via U.S. Mail of his next court appearance. |

PROB 12C - Page 2
Larry Key

2   The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has failed to maintain gainful employment since October 25, 2007, despite numerous efforts by the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 5/4/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[X] Other

The Defendant will be ordered to appear on a date and time to be set by the Court once the pending charge in Elizabeth is resolved.

Signature of Judicial Officer

5/7/2010
Date